UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 23  P 5:50

KEVIN CELLI              :

v.                       :     CASE NO. 3:00CV2127(AWT)

BUSHWICK METALS, ET AL.  :

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Peter C. Dorsey__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:01CV2127 (PCD). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 23rd day of February, 2003.

Alvin W. Thompson
United States District Judge