UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Conference Room #106

Wednesday, April 15, 2004

2:00 P.M.

CASE NO.   3-00-CV-2127 (PCD)   Kevin Celli v. Bushwick Metals Inc., et al.

COUNSEL OF RECORD:

| | |
|---|---|
| John T. Bochanis, Esq. | Daly, Weihing & Bochanis, 1115 Main Street, Suite 710, Bridgeport, CT  06604<br>203-333-8500; 203-334-0305 (fax) |
| Gregory M. Harris, Esq. | Dzialo, Pickett & Allen, 200 Court Street<br>P.O. Box 661, Middletown, CT  06457<br>860-638-5400; 860-638-5410 (fax) |
| Robert H. Brown, Esq. | Laner, Muchin, Dombrow, Becker, Levin & Tominberg Ltd., 515 North State Street, Suite 2800, Chicago, IL  60610<br>312-467-9800; 312-467-9479 (fax) |
| Jerome W. Paun, Esq. | 280 Jackson Street, P.O. Box 448<br>Willimantic, CT  06226-0448<br>860-456-1984; 860-456-1232 (fax) |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK