UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 19  A 9: 58

U.S. DISTRICT C...
NEW HAVEN, C...

KEVIN CELLI,

    Plaintiff,

-vs-                        CIVIL NO. 3:00CV2127 (PCD)

BUSHWICK METALS INC., ET AL.,

    Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).  Subject to parties' agreement with terms to be contained in release and settlement agreement.

Dated at New Haven, Connecticut, this 15th day of April, 2004.

_____
John T. Bochanis, Esq.
Attorney for Plaintiff

_____
Robert H. Brown, Esq.
Attorney for Defendant, Bushwick Metals Inc.

_____
Jerome W. Paun, Esq.
Attorney for Defendants, Amalgamated Service &
    Allied Industries Insurance Fund and
    UNITE AFL-CIO, CLC

## ORDER

The stipulation is approved. The above entitled action is hereby dismissed.

SO ORDERED.

Dated at New Haven, Connecticut, this 15th day of April, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court